IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANNY GODWIN, # 208488, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:13-CV-407-WKW |
| | ) |
| ROBERT BENTLEY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On August 5, 2013, the Magistrate Judge filed a Report and Recommendation (Doc. # 14) regarding Plaintiff's 42 U.S.C. § 1983 complaint and Plaintiff's motion to dismiss his claim (Doc. # 12), filed before service of the complaint. No timely objections have been filed. Based upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 14) is ADOPTED;

2. The case is DISMISSED without prejudice on Plaintiff's motion, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i);

3. In light of Plaintiff's motion and this order, it is ORDERED that Plaintiff's Motion to Certify Class is DENIED as moot.

A separate judgment shall issue.

DONE this 26th day of August, 2013.

                                                   /s/ W. Keith Watkins
                                    CHIEF UNITED STATES DISTRICT JUDGE